## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**FEDEX CUSTOMER INFORMATION
SERVICES, INC.,**

**Plaintiff,**

-vs-                                          **Case No. 6:08-cv-431-Orl-28DAB**

**SIGNATURE PHARMACY, INC.,**

**Defendant.**

_____

## ORDER

This case is before the Court on Plaintiff's Motion for Attorney's Fees (Doc. No. 38) filed April 7, 2009. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1.      That the Report and Recommendation filed April 27, 2009 (Doc. No. 39) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.      Plaintiff's Motion for Attorney's Fees (Doc. No. 38) is **GRANTED in part.**

3.      Plaintiff is awarded $19,454.00 for attorney's fees.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __27__ day of May, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party